JS - 6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JAMES ANDREW NEVINS,<br><br>              Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security<br>Administration,<br><br>              Defendant. | Case No. CV 11-0828 JPR<br><br>**JUDGMENT** |

        For the reasons set forth in the accompanying Memorandum and

Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request

for an order remanding the case for further proceedings is GRANTED;

(2) the Commissioner's request for an order affirming the

Commissioner's final decision and dismissing the action is DENIED; and

(3) judgment is hereby entered in Plaintiff's favor.

DATED:   December 8, 2011

_____
JEAN P. ROSENBLUTH
U.S. Magistrate Judge